IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-10-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KRISTEN NICHOLE COPE, | ) | |
| a/k/a "Nichole Cope," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Government's Unopposed Motion for an Order Prohibiting Contact with Minor Witnesses (Doc. 18).

For the reasons stated therein, the Motion will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Government's Unopposed Motion for an Order Prohibiting Contact with Minor Witnesses (Doc. 18) is **GRANTED**.

2. Defendant is **PROHIBITED** from contacting or attempting to contact the individuals referred to in the Bill of Indictment (Doc. 1) as MFV1 and MMV1 by <u>any means whatsoever</u>, including but not limited to: phone communication, video calls, in-person jail visits, written communication, and communication through third parties, including but not limited to Defendant's mother, Rebecca Lynn Cope, and any other members of Defendant's family.

3. The Clerk is respectfully directed to provide a copy of this Order to the United States Marshal's Service for delivery to the detention center where Defendant is currently being held in custody.

Signed: July 21, 2023

W. Carleton Metcalf
United States Magistrate Judge